IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RON SKINNER,<br><br>Plaintiff,<br><br>vs.<br><br>FORM-A-FEED, INC., FORM-A-FEED RAW MATERIALS SUPPLIER, and JOHN DOES 1-10, individual or entities,<br><br>Defendants,<br><br>FORM-A-FEED, INC., FORM-A-FEED RAW MATERIALS SUPPLIER,<br><br>Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>AGRI PRODUCTS INC., NATIONAL ADDITIVE, INC., DENNIS DE RUYCK, individually, d/b/a AGRI PRODUCTS, INC. and d/b/a NATIONAL ADDITIVE, INC.,<br><br>Third-Party Defendants. | CV 15–109–M–DLC–RWA<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal (Doc. 51),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED

1

and any pending motions are DENIED as moot.

DATED this 3rd day of May, 2017.

Dana L. Christensen, Chief District Judge
United States District Court